# Todd's Estate.

*Jurisdiction, O. C.—Determination of rights under will—Rule to show cause.*

The Orphans' Court has no jurisdiction to entertain a petition for a rule to show cause why real estate of a decedent who died seized thereof should not be turned over to a beneficiary under the will by the executors.

Argued April 24, 1916. Appeal, No. 266, Jan. T., 1915, by Sarah A. Todd Memorial Home, from decree of O. C. Cumberland Co., dismissing rule to show cause why certain real estate should not be delivered to petitioner by the executors of the estate of Sarah A. Todd, deceased. Before BROWN, C. J., MESTREZAT, POTTER, STEWART and MOSCHZISKER, JJ. Affirmed.

Petition for rule to show cause why the executors of a decedent's estate should not turn over certain real estate of which deceased died seized to the petitioner. Before SADLER, P. J.

The opinion of the Supreme Court states the case.

*Error assigned,* among others, was in dismissing the rule.

*E. M. Biddle, Jr.,* for appellant.

*Conrad Hambleton,* of *Hambleton and Brinton,* with him *J. Webster Henderson,* for appellees.

PER CURIAM, May 15, 1916:

Appellant's petition in the court below was for a rule to show cause why certain real estate of which Sarah A. Todd, deceased, had died seized, should not be turned over to it by her executors. Its petition was properly dismissed by the learned president judge of the court below for want of jurisdiction to entertain it: Willard's App., 65 Pa. 265; Hazard's Est., 253 Pa. 447.

Appeal dismissed at appellant's costs.